IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LILIANA MENDOZA, § § | |
| Plaintiff, § § | |
| v.  § § | EP-20-CV-15-KC |
| PHH MORTGAGE CORPORATION, § OCWEN LOAN SERVICING, LLC, § PACIFIC SOUTHWEST BANK, and § BEVERLY MITRISIN, § § | |
| Defendants.  § | |

## ORDER

On this day, the Court sua sponte considered the case. This matter was filed in state court and then removed to this Court on January 17, 2020. Notice of Removal, ECF No. 1. On February 24, 2020, Defendants filed Notice, ECF No. 13, stating that their attorney had made three attempts to contact Plaintiff to schedule a conference, and that Plaintiff had not responded. The Court ordered the parties to meet and confer and submit a Report of Parties' Planning Meeting by no later than March 22, 2020. February 25, 2020, Order, ECF No. 15.

On March 19, 2020, Defendants filed a second Notice, ECF No. 18, detailing additional attempts to contact Plaintiff in order to comply with the February 25, 2020, Order. Defendants stated that Plaintiff did not respond to Defendants' numerous, well-documented attempts to contact her. Therefore, on March 19, 2020, Defendants submitted a "Unilateral Proposed Report of Parties' Planning Meeting," ECF No. 19. The March 22, 2020, deadline elapsed, and the Court received no such report or any other filing from Plaintiff.

Accordingly, the Court ordered Plaintiff to show cause for her failure to meet and confer with Defendants in compliance with the Court's Standing Order on Pretrial Deadlines and February 25, 2020, Order in this case.  March 24, 2020, Order, ECF No. 20.  The Court warned that "Plaintiff's failure to comply with this order may result in dismissal of the case."  *Id.* at 2.

Plaintiff has not shown cause for her failure to comply with this Court's previous orders.  Indeed, while the Court's records reflect that Plaintiff has received all of the Court's orders in this matter, she has yet to make any filings whatsoever.

Due to Plaintiff's repeated failures to comply with or otherwise respond to this Court's orders, it is hereby **ORDERED** that this matter is **DISMISSED** without prejudice for failure to prosecute, under Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED this 8th day of April, 2020.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE